IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MALCOLM GANTZ,            :
                          :
    Plaintiff             :
                          :
    v.                    :    CIVIL NO. 4:CV-14-1687
                          :
I. UNCLES, ET AL.,        :    (Judge Brann)
                          :
    Defendants            :

## **O R D E R**

October 7, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT;**

1. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Western District of Pennsylvania.

2. The Clerk of Court is directed to mark this case in this Court **CLOSED**.

                BY THE COURT:

                   s/ Matthew W. Brann
                Matthew W. Brann
                United States District Judge

1